UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re: : Chapter 15
:
Petition of Alexey Vasilyevich Grudtsin, as : Case No. 09-16064 (JMP)
Bankruptcy Trustee and Foreign Representative of :
CJSC AUTOMATED SERVICES (a/k/a ZAO :
AUTOMATED SERVICES) :
:
        Debtor. :
:
-----------------------------------------------------------------x

## ORDER (I) SCHEDULING HEARING ON RECOGNITION OF FOREIGN PROCEEDING AS A FOREIGN MAIN PROCEEDING AND (II) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE OF COMMENCEMENT OF CHAPTER 15 CASE

Upon the motion (the "<u>Motion</u>"), dated October 9, 2009, of Alexey Vasilyevich Grudtsin, as the duly authorized bankruptcy trustee and foreign representative (the "<u>Foreign Representative</u>") of CJSC Automated Services (a/k/a ZAO Automated Services) (the "<u>Company</u>"), a company organized under the laws of the Russian Federation and the subject of an insolvency proceeding (the "<u>Foreign Proceeding</u>") pending before the Arbitration Court of the City of Moscow, seeking entry of an order (i) scheduling a hearing to consider the Company's request for recognition of the Foreign Proceeding as a foreign main proceeding under chapter 15 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and (ii) approving the form, manner, and extent of notice of filing of the commencement of the Company's chapter 15 bankruptcy case; and upon the verified petition (the "<u>Verified Petition</u>") in furtherance of the Official Form Petition (the "<u>Petition</u>") of the Foreign Representative; and having reviewed the Motion and the Verified Petition, it is hereby

      ORDERED that the Motion is granted in all respects; and it is further

ORDERED that a hearing to consider the Petition and the Foreign Representative's request for recognition of the Foreign Proceeding as a foreign main proceeding and related relief shall be held before this Court, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on November 23, 2009, at 2:00 p.m., or as soon thereafter as counsel may be heard (the "Recognition Hearing"); and it is further

ORDERED that objections to the Foreign Representative's request for recognition of the Foreign Proceeding as a foreign main proceeding and related relief on the terms set forth in the Verified Petition shall be filed with the Court, with a copy to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, Courtroom 601, One Bowling Green, New York, New York 10004, and served on Dewey & LeBoeuf LLP, Attention: Lawrence A. Larose and Samuel S. Kohn, 1301 Avenue of the Americas, New York, New York 10019, so as to be received on or before November 16, 2009 at 5:00 p.m. (prevailing Eastern Time); and it is further

ORDERED that the Recognition Hearing may be adjourned from time to time without notice other than an announcement in open court at the Recognition Hearing or the adjourned date of the Recognition Hearing; and it is further

ORDERED that copies of the notice form attached hereto as Exhibit A (the "Notice"), together with the Petition and Verified Petition, shall be served by overnight mail or United States Postal Service Express Mail upon the Office of the United States Trustee and all parties listed on Exhibit A to that certain List Filed by the Foreign Representative Pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure of Administrators in Foreign

Proceedings, Litigation Parties, and Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519; and it is further

ORDERED that if any party files a notice of appearance in this case or the Foreign Representative becomes aware of additional parties against whom relief may be sought after the date hereof, the Foreign Representative shall serve upon such parties (or their counsel), within seven days of the filing of such notice of appearance or of the date the Foreign Representative becomes aware of such additional parties, copies of the Notice, the Petition, and the Verified Petition; and it is further

ORDERED that the Foreign Representative or its United States counsel shall provide copies of all of the documents filed in this chapter 15 case to any creditor or other party in interest requesting the same in writing to either the Foreign Representative or its United States counsel; and it is further

ORDERED that service pursuant to this Order shall be good and sufficient service and adequate notice for all purposes of the commencement of the chapter 15 case, the Foreign Representative's request for an order granting recognition to the Foreign Proceeding as a foreign main proceeding and for related relief pursuant to sections 1520 and 1521 of the Bankruptcy Code, and the Recognition Hearing.

Dated: New York, New York
      October 16, 2009

                                      *s/ James M. Peck*
                                      Honorable James M. Peck
                                      United States Bankruptcy Judge

# **Exhibit A**

**(Notice)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 15
                                                               :
Petition of Alexey Vasilyevich Grudtsin, as                    :    Case No. 09-16064 (JMP)
Bankruptcy Trustee and Foreign Representative of               :
CJSC AUTOMATED SERVICES (a/k/a ZAO                             :
AUTOMATED SERVICES)                                            :
                                                               :
         Debtor.                                               :
                                                               :
---------------------------------------------------------------x

# NOTICE OF FILING OF A PETITION UNDER
# CHAPTER 15 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on October 9, 2009, Alexey Vasilyevich Grudtsin (the "Foreign Representative"), as Bankruptcy Trustee and Foreign Representative of CJSC Automated Services (a/k/a ZAO Automated Services) (the "Company") filed a petition (the "Petition") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking recognition of the insolvency proceeding (the "Foreign Proceeding") pending before the Arbitration Court of the City of Moscow as a "foreign main proceeding," as defined in section 1502(4) of the Bankruptcy Code. In addition to the Petition, the Foreign Representative filed a verified petition in furtherance of the Petition (the "Verified Petition"). Enclosed herewith are copies of the Petition and the Verified Petition.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has, with respect to the Verified Petition, scheduled a hearing on recognition of the Foreign Proceeding for 2:00 p.m. on November 23, 2009, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004. The Petition, the Verified Petition, and other documents related to this case are available on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States counsel (including by facsimile or e-mail) addressed to:

>    DEWEY & LEBOEUF LLP
>    1301 Avenue of the Americas
>    New York, New York 10019
>    Telephone: (212) 259-8000
>    Facsimile: (212) 259-6333
>    Lawrence A. Larose
>    Jonathan D. Siegfried
>    Samuel S. Kohn

**PLEASE TAKE FURTHER NOTICE** that objections to the Foreign Representative's request for recognition of the Foreign Proceeding as a foreign main proceeding and related relief on the terms set forth in the Verified Petition must be filed with the Court, with a copy to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, Courtroom 601, One Bowling Green, New York, New York 10004, and served on Dewey & LeBoeuf LLP, Attention: Lawrence A. Larose and Samuel S. Kohn, 1301 Avenue of the Americas, New York, New York 10019, so as to be received on or before November 16, 2009 at 5:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Verified Petition without further notice.

Dated: New York, New York
October ___, 2009

/s/ Samuel S. Kohn
Lawrence A. Larose
Jonathan D. Siegfried
Samuel S. Kohn
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Alexey Vasilyevich Grudtsin, as Bankruptcy Trustee and Foreign Representative of CJSC Automated Services (a/k/a ZAO Automated Services)