DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 15
                                                            :
Petition of Alexey Vasilyevich Grudtsin, as                 :   Case No. 09-16064 (JMP)
Bankruptcy Trustee and Foreign Representative of            :
CJSC AUTOMATED SERVICES (a/k/a ZAO                          :
AUTOMATED SERVICES)                                         :
                                                            :
           Debtor.                                          :
                                                            :
------------------------------------------------------------x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

    Laura Saal, being duly sworn, deposes and says:

  1.  I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

  2.  On the 24th of November, 2009, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via U.S. Mail - First Class delivery:

- Order Grating Recognition of a Foreign Main Proceeding and Granting Relief Under Sections 1520 and 1521 of the Bankruptcy Code [Docket No. 15]

_Laura Saal_
Laura Saal

Sworn to before me the
24th day of November, 2009

_____
Notary Public

HEATHER L. AARONSON
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires Nov. 1, ~~2008~~ 2012

**Exhibit A**
**Via First Class Mail Delivery**

Office of the US Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Joseph Loparco
P.O. Box 95
301 N. Hauser Street
Cherryville, NC 28021

Joseph Loparco
2314 Flintwood Lane
Charlotte, NC 28226

Joseph Loparco
Automated Services International
230 N. Sherman Ave
Corona, CA 92880

James Quinn
P.O. Box 95
301 N. Hauser Street
Cherryville, NC 28021

Newbridge Group America
666 Fifth Avenue, Suite 572
New York, NY 10103

American Business Concepts, LLC
2314 Flintwood Lane
Charlotte, NC 28226

American Business Concepts, LLC
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

Automated Services International, Inc.
P.O. Box 95
301 N. Hauser Street
Cherryville, NC 28201

Crane Co.
Executive Offices
100 First Stamford Place
Stamford, CT 06902

Eric C. Fast
President and CEO of Crane Co.
Executive Offices
100 First Stamford Place
Stamford, CT 06902

Crane Merchandising Systems
12955 Enterprise Way
Bridgeton, MO 63044-1200

Thomas Edwards
Vice President
Crane Merchandising Systems
12955 Enterprise Way
Bridgeton, MO 63044-1200

NY3 3039658.1