Jonathan D. Siegfried
Jeffrey J. Amato
Jeffrey S. Chubak
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

Attorneys for Alexey Vasilyevich Grudtsin, as
Bankruptcy Trustee and Foreign Representative of
CJSC Automated Services (a/k/a ZAO
Automated Services)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 15 |
| Petition of Alexey Vasilyevich Grudtsin, as Bankruptcy Trustee and Foreign Representative of CJSC AUTOMATED SERVICES (a/k/a ZAO AUTOMATED SERVICES), | Case No. 09-16064 (JMP) |
| Debtor. | |

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the following attorneys appear as counsel on behalf of

Alexey Vasilyevich Grudtsin, as the duly authorized bankruptcy trustee and foreign

representative of CJSC Automated Services (a/k/a ZAO Automated Services), in the above-

captioned case:

> Jeffrey J. Amato
> Jeffrey S. Chubak
> DEWEY & LEBOEUF LLP
> 1301 Avenue of the Americas
> New York, New York 10019
> Tel: (212) 259-8000
> Fax: (212) 259-6333
> Email: jamato@dl.com
>          jchubak@dl.com

Dated: October 8, 2010                           Respectfully Submitted,
       New York, New York

/s/ Jeffrey S. Chubak
Jonathan D. Siegfried
Jeffrey J. Amato
Jeffrey S. Chubak
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

Attorneys for Alexey Vasilyevich Grudtsin, as Bankruptcy Trustee and Foreign Representative of CJSC Automated Services (a/k/a ZAO Automated Services)