Jonathan D. Siegfried
Jeffrey J. Amato
Jeffrey S. Chubak
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

Attorneys for Alexey Vasilyevich Grudtsin, as
Bankruptcy Trustee and Foreign Representative of
CJSC Automated Services (a/k/a ZAO
Automated Services)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                     :
In re:                                               :        Chapter 15
                                                     :
Petition of Alexey Vasilyevich Grudtsin, as          :        Case No. 09-16064 (JMP)
Bankruptcy Trustee and Foreign Representative of     :
CJSC AUTOMATED SERVICES (a/k/a ZAO                   :
AUTOMATED SERVICES)                                  :
                                                     :
                 Debtor.                             :
                                                     :
-------------------------------------------------------------x
```

AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

      Heather L. Aaronson, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed

by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York

10019.

2.      On the 8th day of October, 2010, I caused true copies of the following to

be served upon the parties listed in the service list attached hereto as Exhibit A, at the

addresses set forth therein via first class mail:

- Notice of Appearance [Docket No. 18]

- Motion to Close Chapter 15 Case [Docket No. 19]


                                        /s/ Heather L. Aaronson
                                            Heather L. Aaronson

Sworn to before me the
12th day of October, 2010

/s/ Laura Saal
Notary Public
No. 01SA6187588
Qualified In New York County
Commission Expires May 19, 2012

**<u>Exhibit A</u>**
**Via First Class Mail**

Office of the US Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York

Joseph Loparco
P.O. Box 95
301 N. Hauser Street
Cherryville, NC 28021

Joseph Loparco
2314 Flintwood Lane
Charlotte, NC 28226

Joseph Loparco
Automated Services International
230 N. Sherman Ave
Corona, CA  92880

American Business Concepts, LLC
2314 Flintwood Lane
Charlotte, NC 28226 USA

American Business Concepts, LLC
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

John K. Crossman
Zukerman Gore Brandeis & Crossman, LLP
875 Third Avenue
New York, New York 10022