UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                          :

In re:                                              :    Chapter 15

Petition of Alexey Vasilyevich Grudtsin, as       :    Case No. 09-16064 (JMP)
Bankruptcy Trustee and Foreign Representative of   :
CJSC AUTOMATED SERVICES (a/k/a ZAO           :
AUTOMATED SERVICES),                           :

                   Debtor.                              :

---------------------------------------------------------------x

## ORDER CLOSING CHAPTER 15 CASE

Upon the motion (the "Motion") of Alexey Vasilyevich Grudtsin, as the duly authorized bankruptcy trustee and foreign representative of CJSC Automated Services (a/k/a ZAO Automated Services) for an order closing the above-captioned chapter 15 case, all as more fully described in the Motion; and adequate notice of the Motion and opportunity for objection having been given; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and all proceedings had before the Court; and the Court having determined that the relief sought in the Motion is appropriate; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the above-captioned chapter 15 case is hereby closed, without prejudice to the right to seek an order reopening the case pursuant to section 350(b) of title 11 of the United States Code.

Dated: New York, New York
       November 10, 2010

                                                  *s/ James M. Peck*
                                                  Honorable James M. Peck
                                                  United States Bankruptcy Judge